Craig M. Murphy, Esq.
Nevada Bar No. 4014
craig@nvpilaw.com
MURPHY & MURPHY LAW OFFICES
3900 S. Hualapai Way, Ste 134
Las Vegas, NV 89147
**Mailing Address:**
**4482 Market Street, Ste 407**
**Ventura, CA 93003**
(702) 369-9696 Phone
(702) 369-9630 Fax
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE MADDEN, individually,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REVIVE ORGANICS, INC., a Foreign Corporation d/b/a Revive Organics Superfoods; MISKI ORGANICS SUPERFOODS, INC., a Foreign Corporation; DOES 1-10, Inclusive; and ROE ENTITIES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:24-cv-00670-GMN-MDC<br><br>**ORDER** |

## ORDER

Considering the foregoing *Joint Motion to Transfer Venue*,

**IT IS HEREBY ORDERED** that the matter entitled *Jamie Madden v. Revive Organics, Inc., d/b/a Revive Superfoods, and Miski Organics Superfoods, Inc.*, Case No: 2:24-cv-00670-GMN-MDC, currently pending in the United States District Court for the District of Nevada be and is hereby transferred to the United States District Court for the Eastern District of New York.

Las Vegas, Nevada this __31__ day of __May__, 2024

_____
**UNITED STATES DISTRICT JUDGE**

ORDER - 1

Marler Clark, Inc. PS
1012 First Avenue, Fifth Floor
Seattle, Washington 98104-1008
(206) 346-1888